FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

06 JUL 10 AM 9: 3.

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR133 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER TO SEAL DOCUMENT** |
| v. | ) | |
| HARVEY FREEMONT, JR., | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 10 day of July, 2006, on the Motion of the Defendant for an order to seal his Motion to Review Detention, Request for Evidentiary Hearing, and Request the Matter be Sealed. (Filing No. 31).

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED that the document named in Defendant's Motion Requesting Certain Documents to be Sealed shall be filed under seal.

BY THE COURT:

Date: 7/10/06

F. A. Gossett
US Magistrate Judge