IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:06CR133 |
| Plaintiff, | |
| v. | **ORDER FOR RELEASE TO INPATIENT TREATMENT PROGRAM** |
| HARVEY LEE FREEMONT, JR., | |
| Defendant. | |

THIS MATTER is before the Court on the Defendant's oral request to enter the NEPSAC treatment program. Upon due consideration of all of the foregoing, IT IS ORDERED as follows:

The Defendant shall be released from custody on Monday, July 12, 2010, at approximately 8:00 a.m., or as early as the United States Marshals Office can have him available at the federal courthouse so that he can be transported to the NEPSAC Treatment Program in Gordon, Nebraska.

The Defendant shall be released from custody on the condition that he travel immediately to NEPSAC for admission to the inpatient treatment program, that he enter such program, and remain in and follow all of the requirements of such program.

The Defendant shall comply with all subsequent recommendations for any aftercare or halfway house placements following completion of inpatient treatment.

The Defendant shall comply with all previously ordered conditions of supervised release.

Should the Defendant be discharged from the program for any reason, or otherwise violate any condition of this order, or the previously set conditions of supervised release, then a warrant shall issue for his arrest.

IT IS SO ORDERED.

DATED this 9th day of July, 2010.

BY THE COURT:

*s/ Joseph F. Bataillon*
Chief United States District Judge