IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:06CR133 |
| Plaintiff, | ) | |
| v. | ) | **ORDER FOR RELEASE TO TREATMENT PROGRAM** |
| HARVEY LEE FREEMONT, JR., | ) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the Defendant's oral request to enter the ARCH treatment program. Upon due consideration of all of the foregoing,

IT IS ORDERED as follows:

That the Defendant shall be released from custody on Tuesday, January 3, 2012, at approximately 12:00 p.m. so that he can be transported to the ARCH treatment program in Omaha, Nebraska. The court requests the U.S. Marshal to transport the defendant to the U.S. Courthouse for release therefrom.

That the Defendant shall be released from custody on the condition that he travel immediately to the ARCH treatment program for admission to the program, that he enter such program, and remain in and follow all of the requirements of such program.

That the Defendant shall comply with all subsequent recommendations by the ARCH program for any aftercare or halfway house placements following completion of treatment.

That the Defendant shall comply with all previously ordered conditions of supervised release.

Should the Defendant be discharged from the program before completion for any reason, or otherwise violate any condition of this order, or the previously set conditions of supervised release, a warrant shall issue for his arrest.

IT IS SO ORDERED.

DATED this 29th day of December, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Court Judge